# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

*****************************************

**Z, Inc. d/b/a Z FEDERAL,**

    Plaintiff,

v.

**The United States,**

    Defendant.

*****************************************

Case No. __19-443__ C

Judge _____

# RCFC 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1(a), Z, Inc. d/b/a Z FEDERAL, represents that no publicly held corporation owns any interest in the company.

    Respectfully submitted,

    **Z, INC. d/b/a Z FEDERAL**

By:   /s/ Alfred M. Wurglitz
      Alfred M. Wurglitz
      Daniel S. Koch
      Christopher S. Denny
      Jason A. Blindauer
      MILES & STOCKBRIDGE P.C.
      11 North Washington Street, Suite 700
      Rockville, Maryland 20850
      Tel:   (301) 762-1600 (Main)
      Tel:   (301) 517-4822
      Fax:   (301) 841-7991

Mssrs. Wurglitz and Koch are Members of the Bar of this Court

Dated: March 25, 2019

*Counsel for Z, Inc. d/b/a Z FEDERAL*