# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
- Bid Protest -

| | |
|---|---|
| Z INC. d/b/a Z FEDERAL, | |
| Plaintiff, | No. 19-443 |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, | |
| Defendant. | |

## VOLUNTARY DISMISSAL

In response to the Notice of Corrective Action filed by Defendant United States, Plaintiff Z Inc. d/b/a Z FEDERAL hereby voluntarily dismisses this action without prejudice pursuant to RCFC 41(a), each side to bear its own costs.

                                          Respectfully submitted,

                                          **Z INC. d/b/a Z FEDERAL**

By:       /DSK/      
                                          Alfred M. Wurglitz
                                          Daniel S. Koch
                                          Christopher S. Denny

                                            **MILES & STOCKBRIDGE P.C.**
                                            11 North Washington Street, Suite 700
                                            Rockville, Maryland   20850
                                            Tel:   (301) 762-1600 (Main)
                                            Tel:   (301) 517-4827 (DSK)
                                            Fax:   (301) 517-4890

Dated:   April 2, 2019                          Counsel for Z Inc. d/b/a Z FEDERAL